IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GETACHEW LEGESSE HERPO,<br>   a/k/a ALI MOHAMED NUR | Criminal Case No.: 1:18-mj-519 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Carla P. Rivera, Special Agent, United States Department of State, Diplomatic Security Service (hereinafter referred to as "DSS"), being duly sworn, depose and declare:

### AGENT BACKGROUND

1. I am a Special Agent of the DSS, duly empowered pursuant to Title 22, United States Code § 2709, and acting according to such. I have worked as a DSS Special Agent since on or about February 2017. I am currently assigned to the DSS Washington Field Office in Washington, D.C. where I primarily investigate violations of federal statutes concerning identity theft, passport fraud, visa fraud, and other related federal statutes. I have sworn authority to execute arrest and search warrants issued under the authority of the United States and to make arrests. I have received specialized training in law enforcement and criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia and at the Diplomatic Security Training Center in Dunn Loring, Virginia regarding various investigative activities, including but not limited to the following: (a) physical surveillance; (b) debriefing of witnesses and other individuals who have knowledge of violations of federal laws; (c) the execution of arrest warrants;

(d) the execution of search warrants; (e) the handling of evidence. I have also personally participated in several of these investigative activities.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant charging Getachew Legesse HERPO, a.k.a. Ali Mohamed NUR, for violations of 18 U.S.C. § 1542 (knowing false statement in a U.S. passport application).

3. I am familiar with the facts and circumstances of this case. The information in this affidavit is based upon my own knowledge, records furnished to or obtained by me in my official capacity, and information provided by law enforcement officials and other official sources. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation.

4. This affidavit is provided for the limited purpose of establishing probable cause in support of the complaint and arrest warrant, and therefore, does not contain all of the facts known to me relating to this investigation.

## PROBABLE CAUSE

5. On or about September 17, 2007, an individual claiming the identity of Ali Mohamed NUR, represented himself as a Somali national and applied for a U.S. non-immigrant B-2 (visitor) visa at the U.S. Consulate in Frankfurt, Germany. As explained below, and shown through fingerprint analysis, NUR and HERPO is the same person. NUR presented a German travel document, issued on or about September 19, 2006, as proof of his identity. The German travel document presented by NUR was a type issued by the German government to those seeking a specific immigration benefit. During the visa application process, NUR was fingerprinted and photographed, generating a unique Fingerprint Identification Number ("FIN"), XXXXXXX155. NUR was denied the visa because NUR could not prove to the satisfaction of the Consular Officer

that he did not intend to immigrate and overstay his visa in the U.S. On or about March 10, 2009, records show that NUR departed Germany and traveled to Ethiopia.

6. In and around June 2010, an individual named Getachew Legesse HERPO (DOB: 05/1972), a native and citizen of Ethiopia, was issued an immigrant visa associated with an Ethiopian passport. On or about August 18, 2010, HERPO arrived in the U.S. and was admitted as a Conditional Lawful Permanent Resident of the United States.

7. HERPO was subsequently approved for naturalization. On or about March 23, 2016, HERPO attended his naturalization oath ceremony at 2900 Sutton Road, Vienna, Virginia, within the Eastern District of Virginia, was administered the Oath of Allegiance, and was issued a Certificate of Naturalization as a U.S. citizen (#XXXX9787).

8. On or about March 30, 2016, HERPO executed a Form DS-11, Application for a U.S. Passport, at the U.S. Post Office on 4270 John Marr Drive in Annandale, Virginia, within the Eastern District of Virginia. At the time he executed the passport application, HERPO provided a Virginia driver's license as proof of his identity and, as proof of U.S. citizenship, he submitted his Certificate of Naturalization (#XXX9787). On the Form DS-11, HERPO failed to disclose all other names previously used, including his prior official use of the NUR surname.

9. During the passport application process, a facial recognition match was made between the photograph associated with HERPO's June 2010 passport application and the photograph associated with the September 2007 non-immigrant visa application submitted under the identity Ali Mohamed NUR, a Somali citizen. DOS issued a passport to HERPO on or about April 13, 2016 but also began a post-issuance fraud review and forwarded his case to DSS for investigation. On or about September 13, 2017, DSS conducted records checks using the FIN (XXXXXXX155) generated by NUR's 2007 visa application and found that it was also linked to HERPO's immigration applications.

10. On or about March 30, 2018, the DHS Homeland Security Investigation ("HSI") Forensic Laboratory examined fingerprints associated with the 2007 visa application by NUR and fingerprints associated with the various immigration applications submitted by HERPO and concluded the fingerprint impressions were made by the same individual.

## CONCLUSION

11. Based on the foregoing information, I believe there is probable cause to believe HERPO willfully and knowingly omitted information in an application to obtain a United States passport for his own use in that he failed to disclose his previous alias NUR, which omission he knew to be false, in violation of Title 18, United States Code, Section 1542.

_____
CARLA P. RIVERA, SPECIAL AGENT
DIPLOMATIC SECURITY SERVICE

Subscribed and sworn to before me
this 29th day of October, 2018

_____/s/_____
Ivan D. Davis
United States Magistrate Judge